**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF LOUISIANA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | K & H Automotive Services, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | FDBA  Midas<br>DBA  K & H Automotive Services<br>FDBA  Midas Auto Service Experts |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-2357666 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2358 College Drive**<br>**Baton Rouge, LA 70808-2443**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **East Baton Rouge**<br>County | Location of principal assets, if different from principal place of business<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **K & H Automotive Services, LLC**                              Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8111__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor   __K & H Automotive Services, LLC_____   Case number (*if known*)_____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name      _____
         Phone             _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **K & H Automotive Services, LLC**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **K & H Automotive Services, LLC**
Name

Case number (*if known*)

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 16, 2023**
MM / DD / YYYY

X **/s/ Alan Knight**
Signature of authorized representative of debtor

**Alan Knight**
Printed name

Title **Manager**

---

**18. Signature of attorney**

X **/s/ Ryan J. Richmond**
Signature of attorney for debtor

Date **May 16, 2023**
MM / DD / YYYY

**Ryan J. Richmond**
Printed name

**Sternberg, Naccari & White, LLC**
Firm name

**251 Florida Street**
**Suite 203**
**Baton Rouge, LA 70801-1703**
Number, Street, City, State & ZIP Code

Contact phone **(225) 412-3667**    Email address **ryan@snw.law**

**30688 LA**
Bar number and State

# UNANIMOUS WRITTEN CONSENT
# OF
# THE MEMBERS
# OF
# K & H AUTOMOTIVE SERVICES, LLC

The undersigned, being the sole members of K & H Automotive Services, LLC (the "Company"), hereby agree and consent to the adoption of the following resolutions (the "Resolutions") effective as of December 14, 2022:

**RESOLVED** that, pursuant to LA. REV. STAT. ANN. § 12:1332 and *In re Delta Starr Broadcasting, L.L.C.*, 2006 WL 285974 (E.D. La. Feb. 6, 2006) (Vance, J.), Alan Knight and Kevin Hendrix, who are the sole members of the Company and who represent 100% of the Company's voting interests, have determined that it is advisable and in the best interests of the Company that the Company file a voluntary petition seeking relief under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in which reorganization of the Company will be sought; and the filing of such petition be, and it hereby is, authorized in all respects.

**RESOLVED** that Alan Knight be and is hereby appointed as the authorized signatory (the "Authorized Signatory") of the Company in connection with the Subchapter V proceedings authorized herein.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute, deliver and verify or certify a petition under Subchapter V of Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Middle District of Louisiana (the "Bankruptcy Court") at such time as the Authorized Signatory executing the same shall determine.

**RESOLVED**, that the Authorized Signatory be, and is hereby authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute and file all petitions, schedules, lists, pleadings and other papers, and any amendments or modifications of the above, and to take any and all actions that the Authorized Signatory may deem necessary, proper or desirable in connection with the Subchapter V case.

**RESOLVED**, that Sternberg, Naccari & White, LLC ("Sternberg") be and it is hereby employed to render legal services to, and to represent the Company in connection with the Subchapter V bankruptcy case as set forth in Sternberg's engagement agreement and any other related matters in connection therewith, on such terms as the Authorized Signatory shall approve.



**RESOLVED**, that the Company shall provide Sternberg with a retainer of $6,738.00, which consists of a legal services retainer of $5,000.00 for Sternberg's attorneys' fees and costs and the applicable Chapter 11 filing fee of $1,738.00.

**RESOLVED**, that an Authorized Signatory be, and is hereby authorized, empowered, and directed for, on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper, or desirable.

**RESOLVED**, that the Authorized Signatory and any employees or agents (including counsel) designated by or directed by the Authorized Signatory, be, and is hereby authorized, empowered and directed to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities certificates or other documents, and to take such other actions, as in the judgment of an Authorized Signatory shall be necessary, proper, desirable and consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed to cause all fees, costs and expenses related to the consummation of the transactions contemplated by the foregoing resolutions, which any of the Authorized Signatory determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the payment of such fees, costs and expenses being conclusive evidence of such authority.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed to execute and deliver any and all documents and instruments deemed necessary or appropriate by the Authorized Signatory, and to take any and all such further action, in the name of and on behalf of the Company, which the Authorized Signatory determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the signature of the Authorized Signatory being conclusive evidence of such authority.

**RESOLVED** that the Authorized Signatory be and is hereby authorized, empowered and directed for, and on behalf of, and in the name of, the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing Resolutions.

**RESOLVED**, that all actions heretofore or hereafter taken by the Authorized Signatory, employee, or agent (including counsel) of the Company within the terms



2

of the foregoing resolutions be and they are hereby ratified, confirmed, authorized and approved as the act and deed of the Company.

**RESOLVED**, that the Authorized Signatory, be, and is hereby authorized and empowered to certify on behalf of the Company, as to all matters pertaining to the acts, transactions or agreements contemplated in any of the foregoing resolutions.

**RESOLVED**, that the undersigned members acknowledge and agree that Sternberg has made no promise or guarantee regarding the outcome of any legal matter.

**RESOLVED**, that the undersigned members acknowledge that Sternberg does not represent them, individually, but rather that Sternberg represents the Company, a separate and distinct juridical person, and thus, it may be in undersigneds' best interests to retain separate legal counsel, individually.

**RESOLVED**, that the undersigned members are aware of and acknowledge that they may be the subject of actions under Chapter 5 of the Bankruptcy Code and/or non-bankruptcy law, and thus, it may be in their best interests to retain legal counsel, individually.

**RESOLVED**, that the undersigned members are aware of and acknowledge that the automatic stay under section 362(a) of the Bankruptcy Code does not extend to them, and thus, (i) creditors may pursue actions against them to the extent they are co-obligors or guarantors of the Company and (ii) if Company requests that Sternberg seek an extension of the automatic stay to the undersigned, the likelihood of obtaining such relief is extremely low because bankruptcy courts historically do not extend the automatic stay to non-debtors.

**READ AND AGREED TO**:

_____  Date: 1/4/2023 _____
ALAN KNIGHT, Member

_____  Date: 1/5/2023 _____
KEVIN HENDRIX, Member

3

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**(Local Form 1)**

In re   **K & H Automotive Services, LLC**                              Case No. _____
                              Debtor(s)

## MAILING LIST

### Verification

Penalties for making a false statement or for concealing property are a fine of up to $5000.00 or imprisonment for up to five (5) years, or both. (18 U.S.C. §152 and 3571).

### DECLARATION

**We declare under penalty of perjury that the foregoing mailing list, comprising  4  pages, is true and correct. Signed on  May 16, 2023 .**

Signed:   **/s/ Alan Knight**
          **Alan Knight**
          **Manager**

Signed:   **/s/ Ryan J. Richmond**
          **Ryan J. Richmond**
          **Sternberg, Naccari & White, LLC**
          **251 Florida Street**
          **Suite 203**
          **Baton Rouge, LA 70801-1703**
          Telephone: **(225) 412-3667**
          Facsimile: **(225) 286-3046**
          E-Mail: **ryan@snw.law**
          (ATTORNEY FOR THE DEBTOR)

```
1-800 Radiator & A/C
2658 Rome Street
Baton Rouge, LA 70814

Advanced Auto Parts
P.O. Box 742063
Atlanta, GA 30374-2063

AG Adjustments, Ltd.
740 Walt Whitman Road
Melville, NY 11747-9090

Alan Knight
11030 E. Nickens Road
Hammond, LA 70403

Area Wholesale Tire Company (AWT)
500 W 190th Street
Gardena, CA 90248

Ariana Menendez
3390 Mary Street
Suite 216
Miami, FL 33133

ATD American Tire Distributors
17200 Manchac Park Lane
Baton Rouge, LA 70817

Autozone
P.O. Box 791409
Baltimore, MD 21279

Baton Rouge Water Company
8755 Goodwood Blvd
Baton Rouge, LA 70806

Bluevine
30 Montgomery Street
Suite 140
Jersey City, NJ 07302

Bluevine
3165 Millrock Drive
Suite 400
Salt Lake City, UT 84121

Bluevine
600 Congress Avenue
Suite 14012
Austin, TX 78701

Bluevine Capital Inc
401 Warren Street
Redwood City, CA 94063
```

CarQuest Auto Parts Stores
P.O. Box 404875
Atlanta, GA 30384-4875

Certified Alarm Systems, Inc
1113 Florida Avenue
Denham Springs, LA 70726

Cox Business
P.O. Box 1259
Oaks, PA 19456

Cox Communications
7401 Florida Blvd
Baton Rouge, LA 70806

Cox Communications Baton Rouge
1400 Lake Hearn Drive, N.E.
Atlanta, GA 30319

Cox Communications, Inc.
6205-B Peachtree Dunwoody Road NE
Atlanta, GA 30328

East Baton Rouge Parish
P.O. Box 1471
Baton Rouge, LA 70821

Entergy
P.O. Box 8103
Baton Rouge, LA 70891-8103

Entergy
639 Loyola Avenue
28th Floor
New Orleans, LA 70113

Entergy
P.O. Box 8108
Baton Rouge, LA 70891-8108

Entergy Credit Dept.
Blgd 1, L-JEF-359
4809 Jefferson Highway
Jefferson, LA 70121

Entergy Services, LLC
L-ENT-26C
630 Loyola Avenue
New Orleans, LA 70113

Environmental Industries Recycling, Inc.
P.O. Box 1194
Port Allen, LA 70767-1194

Everest Business Funding
102 W 38th Street
6th Floor
New York, NY 10018

Frank Supply Co.
3330 Woodcrest Drive
Suite D
Baton Rouge, LA 70814

Gulf Coast Oil & Supply LLC
45 Coquille Drive
Belle Chasse, LA 70037

H & H Oil
1331 Gemini
Suite 250
Houston, TX 77058

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Battery
11131 Airline Highway
Building 2
Baton Rouge, LA 70816

Kevin Hendrix
7321 Esler Field Road
Pineville, LA 71360

Kimball Midwest
4800 Roberts Road
Columbus, OH 43228

Law Office of D. Park Smith
250 Cherry Springs Road
Suite 200
Hunt, TX 78024

Louisiana Department of Revenue
P.O. Box 66658
Baton Rouge, LA 70896-6658

McKenzie Capital LLC
3390 Mary Street
Suite 216
Miami, FL 33133

Midas International Corporation
4300 TBC Way
Palm Beach Gardens, FL 33410

```
O'Reily
9545 Airline Highway
Baton Rouge, LA 70815

Office of the U.S. Trustee
Texaco Center, Suite 2110
400 Poydras Street
New Orleans, LA 70130

Prax Air
5111 Choctaw Drive
Baton Rouge, LA 70805-8408

Simply Funding LLC
55 Broadway
Suite 1902
New York, NY 10006

Simply Funding LLC
45 Broadway
24th Floor
New York, NY 10006

Snap-On Credit LLC
950 Technology Way
Suite 301
Libertyville, IL 60048-5339

Stirling Petroleum Products, Inc.
401A Commerce Point
New Orleans, LA 70183

U.S. Attorney
Middle District of Louisiana
777 Florida Street, Suite 208
Baton Rouge, LA 70801

U.S. Securities & Exchange Comm.
Office of Reorganization
950 East Paces Ferry Road, Ste. 900
Atlanta, GA 30326-1382

U.S. Small Business Administration
365 Canal Street
Suite 2820
New Orleans, LA 70130

Waste Management of Louisiana, LLC
P.O. Box 43410
Phoenix, AZ 85080

XL Parts
11301 Industriplex Boulevard
Baton Rouge, LA 70809
```